ETHAN D. THOMAS, ESQ., Bar No. 12874
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: edthomas@littler.com
          ddickinson@littler.com

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>                Plaintiff,<br><br>v.<br><br>REPUBLIC SILVER STATE DISPOSAL, INC., a domestic corporation; and DOES 1-50,<br><br>                Defendant. | Case No. 2:21-cv-01031-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff MICHAEL MILLER ("Plaintiff") and Defendant REPUBLIC SILVER STATE DISPOSAL, INC. ("Defendant") by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file a response to the Complaint by three (3) weeks from June 23, 2021, up to and including **July 14, 2021**. This is the first request for an extension of time to respond to the Complaint.

　　　　The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to investigate the allegations in the Complaint and prepare a response to the Complaint.

///

///

1  The instant request is made in good faith and not for the purpose of delay.

2  Dated: June 15, 2021                                    Dated: June 15, 2021

3  Respectfully submitted,                                 Respectfully submitted,

5  */s/ Michael A. DiRenzo*                                */s/ Diana G. Dickinson*
   DANIEL R. WATKINS, ESQ.                                 ETHAN D. THOMAS, ESQ.
   MICHAEL A. DIRENZO, ESQ.                                DIANA G. DICKINSON, ESQ.
   WATKINS & LETOFSKY, LLP                                 LITTLER MENDELSON, P.C.

   *Attorneys for Plaintiff*                               *Attorneys for Defendant*
   MICHAEL MILLER                                          REPUBLIC SILVER STATE DISPOSAL, INC.

   **IT IS SO ORDERED.**

   Dated: June 15, 2021.

   _____
   UNITED STATES MAGISTRATE JUDGE

4842-5625-2143.1 / 068119-2241

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800