ETHAN D. THOMAS, ESQ., Bar No. 12874
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: edthomas@littler.com
           ddickinson@littler.com

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REPUBLIC SILVER STATE DISPOSAL, INC., a domestic corporation; and DOES 1-50,<br><br>　　　　Defendant. | Case No. 2:21-cv-01031-RFB-EJY<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42-1** |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Defendant REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA ("Republic Services") hereby submits to the Court this Notice of Related Cases pursuant to Local Rule 42-1. The cases below are based on the same or similar claims and involve similar questions of fact and similar questions of law. The plaintiff in each of the cases below is the same, and he makes allegations about the same event concerning the termination of his employment from Defendant Republic Services, which is a Defendant in both actions. Accordingly, assignment to the same district and magistrate judge[1] is desirable to ensure uniform decisions and to conserve judicial resources.

---

[1] The matters are already assigned to the same district judge.

- 2:21-cv-01031-RFB-EJY – Miller v. Republic Services
- 2:21-cv-01693-RFB-NJK – Miller v. International Brotherhood of Teamsters, Local 631 and Republic Services

Additionally, in *Miller v. Republic Services*, 2:21-cv-01031-RFB-EJY, the parties participated in an Early Neutral Evaluation session with Magistrate Judge Nancy Koppe on September 30, 2021 (ECF No. 15). Judge Koppe is the assigned magistrate judge in *Miller v. International Brotherhood of Teamsters, Local 631 and Republic Services*, 2:21-cv-01693-RFB-NJK.

Dated: December 22, 2021

LITTLER MENDELSON, P.C.

 */s/ Diana G. Dickinson*
ETHAN D. THOMAS, ESQ.
DIANA G. DICKINSON, ESQ.

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC.

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

**PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On December 22, 2021, I served the within document(s):

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 42-1**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Daniel R. Watkins
Michael A. DiRenzo
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Ste. 22A
Henderson, NV 89074
Email: dw@wl-llp.com
         mdirenzo@wl-llp.com

*Attorneys for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2021, at Las Vegas, Nevada.

                                              */s/ Yvonne Feher*
                                              Yvonne Feher

4889-5208-9862.1 / 068119-2241