Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
tsantos@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Suite 22A
Henderson, Nevada 89074
Office:(702) 901-7553; Fax: (702) 974-1297

Attorneys for Plaintiff, Michael Miller

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>REPUBLIC SILVER STATE DISPOSAL, INC., and DOES 1-50,<br><br>  Defendants. | Case No.:   2:21-cv-01031-RFB-EJY<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Theresa M. Santos, Esq., of the law firm WATKINS & LETOFSKY, LLP. is to be added as an attorney of record for Michael Miller.

///
///
///
///
///
///
///
///

1  Any and all notices, pleadings, correspondence, or communications regarding the above-
2  entitled matter are to be directed to: Theresa M. Santos, Esq., (tsantos@wl-llp.com) and Daniel R.
3  Watkins (dw@wl-llp.com), 8935 S. Pecos Rd., Ste. 22A, Henderson, NV 89074, telephone number
4  (702) 901-7553 and facsimile number (702) 974-1297.

DATED this 16th day of March 2022.        WATKINS & LETOFSKY, LLP

*/s/ Theresa Santos*
By: _____
Daniel R. Watkins, Esq
Theresa M. Santos, Esq
8935 S. Pecos Rd., Ste. 22A
Henderson, NV 89074
Office: (702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff

**NOTICE OF APPEARANCE**
-2-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b)(2)(e), I hereby certify that on the **16th day of March 2022**, I served the foregoing **NOTICE OF APPEARANCE** to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

*SEE THE COURT'S E-FILING SERVICE LIST*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

　　　　　　　　　　　　　　　　　　　*/s/ Farah Kachermeyer*
　　　　　　　　　　　　　　　　　　　Farah H. Kachermeyer
　　　　　　　　　　　　　　　　　　　An employee of Watkins & Letofsky, LLP.